**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JACOBO LOPEZ OJEDA,

Plaintiff,

v. No. 2:26-cv-1596 KG/DLM

TODD BLANCHE, *Acting Attorney General of the United States, et al.*,

Respondents.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

**THIS MATTER** is before the Court on Magistrate Judge Damian L. Martínez's August 24, 2026, Proposed Findings and Recommended Disposition ("PFRD"). (Doc. 12.) In that PFRD, Judge Martínez recommends that the Court grant in part Petitioner Jacobo Lopez Ojeda's Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Judge Martínez concludes that "[8 U.S.C.] § 1226 governs Petitioner's detention, the [Immigration Judge's] jurisdictional determination was erroneous, and the alternative bond order was issued under the wrong statutory framework." (*Id.* at 5–8.) Accordingly, Judge Martínez recommends granting in part the habeas petition and ordering a new bond hearing. Judge Martínez further recommends granting Petitioner's Application to Proceed In Forma Pauperis (Doc. 2) and denying as moot Petitioner's Emergency Motion for Temporary Restraining Order (Doc. 3) and Motion for Release (Doc. 10).

Judge Martínez notified the parties that they had 14 days from service of the PFRD to file any objections to the PFRD and that failure to do so would waive appellate review. (*Id.* at 10–11.) The parties have not filed any objections to the PFRD, thereby waiving their right to review of the proposed disposition. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). Furthermore, upon review of the PFRD, the Court concurs with Judge Martínez's

findings and recommendation.

**IT IS THEREFORE ORDERED** that:

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 12) is adopted.
2. Petitioner Jacobo Lopez Ojeda's Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) is **GRANTED IN PART** as to Petitioner's statutory classification claim under § 1226(a). Because the Court grants relief on statutory grounds, Petitioner's remaining claims are **DISMISSED AS MOOT**.
3. Within **seven days** of this Order, the Government shall provide Petitioner with a bond hearing or else release him.
4. The Government shall file a status report within **ten days** of this Order certifying compliance.
5. Petitioner's Application to Proceed In Forma Pauperis (Doc. 2) is **GRANTED**.
6. Petitioner's Emergency Motion for Temporary Restraining Order (Doc. 3) and Motion for Release (Doc. 10) are **DENIED AS MOOT**.

**IT IS SO ORDERED**.

/s/Kenneth J. Gonzales____________________
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.